```
        FILED          LODGED
        RECEIVED       COPY

        SEP 19 2017

     CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
     BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Ronald Amaguin Dallas,<br><br>   Defendant. | CR-17-01248-PHX-SPL(DKD)<br><br>**REDACTED INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 2252(a)(2), (b)(1), and 2256<br>(Distribution of Child Pornography)<br>Counts 1-6<br><br>18 U.S.C. §§ 2252(a)(4)(B), and 2256<br>(Possession of Child Pornography)<br>Counts 7-8<br><br>18 U.S.C. §§ 981 and 2253,<br>21 U.S.C. § 853 and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about June 1, 2015, in the District of Arizona, and elsewhere, defendant RONALD AMAGUIN DALLAS, did knowingly distribute visual depictions that were produced with the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions were in a torrent file that had been distributed using any means or facility of interstate or foreign commerce; had been mailed, shipped and transported in or affecting interstate or foreign commerce; and contained materials which had been mailed, shipped, and transported, by any means including by computer, in or affecting interstate or foreign commerce. One of the visual depictions of minors engaged in sexually explicit conduct was a digital file labeled:

1  IMG_2818.JPG
2  IMG_2923.JPG
3  IMG_2933.JPG
4  IMG_2941.JPG
5  IMG_2949.JPG
6  IMG_2979.JPG
7  IMG_3068.JPG
8  IMG_3075.JPG
9  IMG_3106.JPG
10 IMG_3110.JPG

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 2

On or about August 1, 2016, in the District of Arizona, and elsewhere, defendant RONALD AMAGUIN DALLAS, did knowingly distribute visual depictions that were produced with the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions were in a torrent file that had been distributed using any means or facility of interstate or foreign commerce; had been mailed, shipped and transported in or affecting interstate or foreign commerce; and contained materials which had been mailed, shipped, and transported, by any means including by computer, in or affecting interstate or foreign commerce. Some of the digital files with visual depictions of minors engaged in sexually explicit conduct are listed below:

(pthc)(thai) BangLittleGirlz.avi

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 3

On or about August 10, 2016, in the District of Arizona, and elsewhere, defendant RONALD AMAGUIN DALLAS, did knowingly distribute visual depictions that were produced with the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions were in a torrent file that had been

distributed using any means or facility of interstate or foreign commerce; had been mailed, shipped and transported in or affecting interstate or foreign commerce; and contained materials which had been mailed, shipped, and transported, by any means including by computer, in or affecting interstate or foreign commerce.  Some of the digital files with visual depictions of minors engaged in sexually explicit conduct are listed below:

    (Pthc) Lily 10Yo Takes It Fully - 8m39S.avi

    Andina3 Five Yo Pthc,Pedo,Incest,Kiddy 7m35S.mpg

    new 2011(Hussyfan)(Pthc) 7yo girl Suck & Fuck Webcam.mpg

    In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 4

On or about August 13, 2016, in the District of Arizona, and elsewhere, defendant RONALD AMAGUIN DALLAS, did knowingly distribute visual depictions that were produced with the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct.  The visual depictions were in a torrent file that had been distributed using any means or facility of interstate or foreign commerce; had been mailed, shipped and transported in or affecting interstate or foreign commerce; and contained materials which had been mailed, shipped, and transported, by any means including by computer, in or affecting interstate or foreign commerce.  One of the digital files with visual depictions of minors engaged in sexually explicit conduct are listed below:

    boy18.mpg

    In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 5

On or about August 18, 2016, in the District of Arizona, and elsewhere, defendant RONALD AMAGUIN DALLAS, did knowingly distribute visual depictions that were produced with the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct.  The visual depictions were in a torrent file that had been distributed using any means or facility of interstate or foreign commerce; had been mailed, shipped and transported in or affecting interstate or foreign commerce; and contained materials

which had been mailed, shipped, and transported, by any means including by computer, in or affecting interstate or foreign commerce.   One of the digital files with visual depictions of minors engaged in sexually explicit conduct are listed below:

    1b0f2f003edb14d73a267ab3bcc30dfe - girl hmm lea man oral pthc set04p3 sound_of_silence toys vaginal.MPG

    393c069151c60b9e31888ef4c344b48f - 2009 girl hmm lea oral pthc rona sound_of_silence.mpg

    dce17157cd061f918a758070c1dc3da3 - girl hmm judyan man pthc sound_of_silence vaginal.mpg

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 6

On or about September 4, 2016, in the District of Arizona, and elsewhere, defendant RONALD AMAGUIN DALLAS, did knowingly distribute visual depictions that were produced with the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct.  The visual depictions were in a torrent file that had been distributed using any means or facility of interstate or foreign commerce; had been mailed, shipped and transported in or affecting interstate or foreign commerce; and contained materials which had been mailed, shipped, and transported, by any means including by computer, in or affecting interstate or foreign commerce.   One of the digital files with visual depictions of minors engaged in sexually explicit conduct are listed below:

    736ae0e3fec0776f16fe73d02c3b6c64 - 8yr girl golden_shower man ptsc sound tara.wmv

    ba1e92f4c4c5d92d86e853ec828cd7a8 - cumshot girl man masturbation music pthc sound vicky.avi

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 7

On or about November 16, 2016, in the District of Arizona, and elsewhere, defendant RONALD AMAGUIN DALLAS, did knowingly possess and knowingly access with intent to

- 4 -

1  view, visual depictions that involved the use of a minor engaging in sexually explicit conduct
2  and such visual depictions were of such conduct. The visual depictions possessed and accessed
3  by the defendant were contained on a Western Digital 160GB hard drive,
4  S/N:WCANKH204881 within Thermaltake desktop, S/N: VA8000BWS0510019088. The
5  visual depictions on the Western Digital hard drive had been mailed, shipped and transported
6  using any means or facility of interstate or foreign commerce or in and affecting interstate or
7  foreign commerce, and had been produced using materials which had been mailed, shipped,
8  and transported, by any means, including by computer. Some of the digital files with visual
9  depictions of minors engaged in sexually explicit conduct are listed below:
10     Carved [32768].jpeg
11     Carved [5152258].bmp
12     Carved [5510374].bmp
13     Carved [5977326].bmp
14     Carved [6005110].bmp
15     Carved [6664192].jpeg
16     Carved [10040830].bmp
17     Carved [31191262].bmp
18     Carved [68442286].bmp
19     Carved [102723344].jpeg
20     Carved [102916878].jpeg
21     f_000290.mpg
22     In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

### COUNT 8

24  On or about November 16, 2016, in the District of Arizona, and elsewhere, defendant
25  RONALD AMAGUIN DALLAS, did knowingly possess and knowingly access with intent to
26  view, visual depictions that involved the use of a minor engaging in sexually explicit conduct
27  and such visual depictions were of such conduct. The visual depictions possessed and accessed
28  by the defendant were contained on a Kingston 8GB USB drive, model: DataTraveler G3, S/N:

C860008863D0CD506A1B. The visual depictions on the Kingston USB drive had been mailed, shipped and transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, and transported, by any means, including by computer. Some of the digital files with visual depictions of minors engaged in sexually explicit conduct are listed below:

    !1111111.MP4.mpg

    19eec1799850949f55e76cb963785ab4 - bdsm05 bondage girl hmm judyan man pthc sound vaginal.avi.mpg

    d212bc6fd147a04098819b70f16147cc - 12yo girl tsc sound webcam (UA).mkv.mpg

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

## FORFEITURE ALLEGATIONS

The Grand Jury realleges and incorporates the allegations of Counts 1-8 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-8 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to the above mentioned Western Digital hard drive and Kingston USB drive, seized by law enforcement on November 10, 2016, containing visual depictions of minors engaging in sexually explicit conduct and child erotica. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: September 19, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

s/
BRANDON M. BROWN
GAYLE L. HELART
Assistant U.S. Attorneys